**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
By:  Steven J. Bushinsky, Esquire
     W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND; et. al., <br><br> Plaintiffs, <br> v. <br><br> NORTH STAR PAINTING COMPANY, <br><br> Defendant. | Case No: 1:18-cv-07979-JBS-KMW <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

The matter in difference in the above entitled action having been amicably settled by and between Plaintiffs and Defendant, North Star Painting Company, it is hereby stipulated and agreed that the Complaint be and it is hereby dismissed without prejudice against Defendant, North Star Painting Company.

O'BRIEN, BELLAND & BUSHINSKY, LLC

*Attorneys for Plaintiffs*

By: _____/s/ Wm F_____

W. Daniel Feehan, Esquire
1526 Berlin Road
Cherry Hill, NJ 08003
856-795-2181/Fax: 856-795-2182
dfeehan@obbblaw.com

Dated: June 19, 2018

It is so ordered this 20th
day of June, 2018

~~Karen M. Williams, U.S.M.J.~~
Jerome B. Simandle, U.S.D.J.

2